16158.   BARROW v. GEORGIA CHEMICAL WORKS.

A partnership by the defendants, as to third persons, was shown by the
evidence; and the court did not err in directing a verdict against the
defendant who pleaded that there was no partnership.

DECIDED MAY 14, 1925.

Complaint; from city court of Camilla—Judge Burson. December 1, 1924.

*Hill & McElvey,* for plaintiff in error.

*H. A. Peacock, G. B. Cowart,* contra.

LUKE, J.   Georgia Chemical Works sued Barrow and McKenzie
on a certain fertilizer note signed "Barrow & McKenzie, by J. N.
McKenzie." Barrow pleaded no partnership and non est factum.
The court directed a verdict against both defendants, and Barrow
excepted. The controlling question in the case is whether or not
defendants were partners as to third persons. The parts of the
voluminous written contract essential to the determination of the
question presented may be summarized as follows: B. leased to
M. for a period of five years, at a specified annual rental, designated
lands, live stock, wagons, and farm tools for the conduct of a
cantaloupe farm. B. was to "stand for" guano, cantaloupe seed,
paper, crates, and nails, and also to arrange for and procure cash
to make the crop on the notes of M. in an amount not exceeding a
named sum, "to give of his individual time in advice and assist-
ance" in gathering, hauling, and marketing the crop; and, for
his service in "so assisting and becoming surety," M. guaranteed
him $4000 per annum. After "said rentals and said expenses and
said guarantee are paid," M. "shall be entitled to receive a profit
of $6000.00 himself;" and then all other and further profits per
annum shall be divided in the proportion of forty per centum to
B. and sixty per centum to M.

*Held:* Irrespective of the other evidence, which only strengthens
the conclusion reached, the record discloses a partnership between
the defendants as to third persons, and for no reason assigned did
the court err in directing a verdict against Barrow.   Civil Code
(1910), § 3158; *Doss* v. *Ragan,* 135 *Ga.* 850 (70 S. E. 662);
*Hand Trading Co.* v. *Jones,* 129 *Ga.* 835 (60 S. E. 154); *Buckner*
v. *Lee,* 8 *Ga.* 285; *Sankey* v. *Columbus Iron Works,* 44 *Ga.* 229;
*Powell* v. *Moore,* 79 *Ga.* 524 (4 S. E. 383).

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*